# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE: GESUCLAIS BRUTUS          Case No. 6:05-mc-109-ORL-31KRS

## ORDER

This cause came on for consideration after a hearing. Gesuclais Brutus requests that the Court authorize him to file lawsuits in this Court through counsel. This is a reasonable request. Therefore, it is **ORDERED** that Mr. Brutus may retain attorneys who are members of the bar of the Court, which attorneys may file pleadings and other papers in this Court on Mr. Brutus' behalf. Neither Mr. Brutus nor his attorneys shall file any further papers in the present miscellaneous case.

The Clerk of Court is directed to mail a copy of this Order to Mr. Brutus.

**DONE** and **ORDERED** in Orlando, Florida on September 14, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties